**Gerald HAWKINS, Plaintiff–Appellant,**

v.

**JOHNS HOPKINS CLUB; Aramark Refreshment Services, Defendants–Appellees.**

No. 02–1303.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 25, 2002.

Gerald Hawkins, Appellant Pro Se. Steven David Frenkil, Justin Clark Eller, Miles & Stockbridge, P.C., Baltimore, Maryland; Robert Ross Niccolini, McGuirewoods, L.L.P., Baltimore, Maryland, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Gerald Hawkins appeals the district court's order dismissing his employment discrimination action on summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hawkins v. Johns Hopkins Club*, No. CA-01-737-L (D.Md. Feb. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*